UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RYAN PHLIPSEN,[1]

        Plaintiff,

v.                                                                                                          No. 5:19-CV-1408-JKP

ALAMO WURZBACH
MINI-STORAGE, LTD,

        Defendant.

## ORDER APPROVING CONSENT DECREEE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court has under consideration a *Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice* (ECF No. 15). Having carefully considered the Joint Stipulation and Consent Decree attached thereto as Exhibit 1, the Court **GRANTS** the joint motion/stipulation, APPROVES the Consent Decree, and **DISMISSES** this action with prejudice as requested. Absent further order, the Court will retain jurisdiction to enforce the Consent Decree. Each party to bear their own attorney's fees and costs except as detailed in the Consent Decree. The Court **directs the Clerk of Court to close this case.**

SIGNED this 11th day of August 2020.

                                                                                                                 JASON PULLIAM
                                                                                                                 UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the docket identifies Plaintiff as "Pflipsen," even though the Complaint (ECF No. 1) and the Consent Decree identify him as "Phlipsen." The Court has used the spelling as signed on the Consent Decree and used on the proposed order approving the consent decree.